UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL STALLER,

    Plaintiff,

v.                                     Case No. 8:19-cv-2089-KKM-JSS

CIRCLE K STORES INC.,

    Defendant.
_____/

## **ORDER**

Before the Court is Plaintiff's Unopposed Motion for Bifurcation of Trial. (Doc. 52). For the reasons stated in the motion and the reasons discussed at the May 14, 2021 telephonic hearing, the Motion for Bifurcation is **GRANTED**. The issue of liability is bifurcated and will be tried as a separate jury trial from the issue of damages. The Court also vacates the order referring the case to mediation (Doc. 46). As such, Plaintiff's Agreed Motion to Request Mediation Before a Magistrate Judge is **DENIED as moot**.

**ORDERED** in Tampa, Florida, on May 18, 2021.

_Kathryn Kimball Mizelle_
Kathryn Kimball Mizelle
United States District Judge