UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL STALLER,

    Plaintiff,

v.                                                                                Case No: 8:19-cv-2089-JSS

CIRCLE K STORES, INC.,

    Defendant.
_____/

## ORDER

The court has been notified by Plaintiff's Notice of Agreement to Resolve Civil Action that the above-styled action has been settled. (Dkt. 121.) Accordingly, pursuant to Middle District of Florida Local Rule 3.09(b), it is

**ORDERED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 7, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record